# Exhibit DD

**(Immediately Follows This Page)**

**From:** Richard Cohn <richardcohn@bdrny.com>
**Sent:** Thursday, October 04, 2018 9:32 PM
**To:** Greg Laspina <glaspina@bglpc.com>; Brenden Mahoney <Brenden.Mahoney@kandfllp.com>
**Cc:** Zafirah Alamgir <ZAlamgir@blpcny.com>; Kevin Cahill <kcahill@crrllc.com>
**Subject:** Kings County Index Number: 509304/2015 - Premises: 3052/3062 Brighton 1st Street Brooklyn, New York

To All -

Late this afternoon I was contacted by a residential tenant of the building advising me that Soft Stone Management Corp, which is affiliated with Chaim Miller (the principal of the borrower) sent an email to all tenants advising them to disregard the Notice to Attorn and related documents distributed to them on Tuesday.  SEE BELOW FOR THE EMAIL WHICH WAS SENT.

The president of Soft Stone is Nathan Weinberger.

His counsel should be contacted to retract this notice and to affirmatively direct all rent and correspondence to be sent to out office on behalf of the receiver.


Richard Cohn
**Black Diamond Realty**
401 Franklin Avenue, Suite 104
Garden City, NY 11530
Tel: (516) 334-2146, Ext. 310
Fax: (516) 493-9162



---------- Forwarded message ---------
From: **Soft Stone Management Group** <Rentals@softstonedevelopment.com>
Date: Wed, Oct 3, 2018 at 1:48 PM
Subject: Notice Regarding Letter Received From Black Diamond Realty
To:

Dear Tenants,

I hope this email finds you well. This notice is in reference to the letters you have received from Black Diamond Realty. Please be advised that we are working with our Attorney's on this matter to get all cleared up. For now, everything should run as it has up until now, with payments and maintenance issues being submitted to Soft Stone. No response should be given to the letter received until further notice is given by Soft Stone.

Once we receive more clarification on this matter, we will be sure to inform all tenants accordingly.

Kind Regards,
The Management

Soft Stone Management Group
P: 718.838.9391
F: 718.851.1178
E: Rentals@softstonedevelopment.com