SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-----------------------------------------------------------------------X
LEONARD ROBERTSON, on behalf of themselves            Index No. 521058/2020
and all others similarly situated,

                                                **NOTICE OF APPEARANCE**

                              Plaintiff,

        -against-

3052 BRIGHTON FIRST LLC,

                              Defendant.
-----------------------------------------------------------------------X

       **PLEASE TAKE NOTICE,** that I am an attorney admitted to practice in the State of New York, and that Kucker Marino Winiarsky & Bittens, LLP, 747 Third Avenue, 12th Floor, New York, NY 10017, hereby appears in this action as Of Counsel to Outerbridge Law P.C., Attorneys for Defendant 3052 Brighton First LLC and demands that you serve all papers in this proceeding upon the undersigned at the office address stated herein.

Dated: New York, New York
        April 20, 2022

                                           Yours, etc.

                                By: /s/ Michael Cuttitta
                                   Michael F. Cuttitta, Esq.
KUCKER MARINO WINIARSKY
& BITTENS, LLP Of Counsel to
OUTERBRIDGE LAW P.C. *Attorneys for Defendant*
747 Third Avenue, 12th Floor
New York, New York 10017
(212) 869-5030