SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
---------------------------------------------------------------------X
LEONARD ROBERTSON, on behalf of themselves     Index No. 521058/2020
and all others similarly situated,

**NOTICE OF CROSS-MOTION**

                        Plaintiff,

     -against-

3052 BRIGHTON FIRST LLC,

                        Defendant.
---------------------------------------------------------------------X

**PLEASE TAKE NOTICE,** that upon the annexed affirmation of Michael Cuttitta, dated April 20, 2022, and the exhibits annexed thereto, the annexed affirmation of Harry Miller dated April 20 2022, the accompanying memorandum of law, and all the papers and proceedings heretofore had herein, the undersigned will move this court at the Courthouse, at **360 Adams Street, Brooklyn, New York 11201, Part 66 on April 27, 2022 at 11:00 a.m.** or as soon thereafter as counsel can be heard, for an order which seeks the following relief:

    a. pursuant to C.P.L.R. §2201, staying the Complaint's first, second, third, and fourth causes of action while the New York State Division of Housing and Community Renewal determines administrative determination applications to be filed pursuant to this Court's order for purposes of adjudicating the legal regulated rent of each and every one of the units located at the Subject Building; and

    b. granting Defendant such other and further relief as this court deems just and proper.

Dated: New York, New York
April 20, 2022

                                                Yours, etc.

By: /s/ Michael Cuttitta
     Michael F. Cuttitta, Esq.
KUCKER MARINO WINIARSKY
& BITTENS, LLP Of Counsel to
OUTERBRIDGE LAW P.C. *Attorneys for Defendant*
747 Third Avenue, 12th Floor
New York, New York 10017
(212) 869-5030

TO:    Newman Ferrara LLP
        Attorneys for Plaintiff
        1250 Broadway, 27th Floor
        New York, New York 10001
        (212) 619-5400