**Kucker Marino Winiarsky & Bittens, LLP**
**747 Third Avenue**
**New York, NY 10017**

November 1, 2022

**By ECF**
Nazar Khodorovsky
Trial Attorney
Office of the U.S. Trustee
Region 2
201 Varick Street, Room 1006
New York, NY 10014

Re: 3052 Brighton First, LLC,
   Chapter 11 Case No. 20-40794 (NHL)

Dear Mr. Khodorovsky:

This letter confirms our agreement that Kucker Marino Winiarsky & Bittens, LLP agrees to reduce its professional fees requested in the above-referenced Chapter 11 case by the sum of $1,5000.00. The hearing in connection with this fee application is scheduled for November 9, 2022 at 10:00 am.

Should you have any questions, please feel free to contact me.

Very truly yours,

/S/ Joel M. Shafferman

Joel M. Shafferman