UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>3052 BRIGHTON FIRST, LLC | Case No.:          20-40794<br><br>Hearing Date:<br><br>Judge:          Nancy Hersey Lord |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES

The undersigned represents 3052 Brighton Ave LLC, and hereby notices his appearance pursuant to the Federal Rule of Bankruptcy Procedure 9010, and requests service of all notices pursuant to Federal Rule of Bankruptcy Procedure 2002.

Please serve all notices, regardless of form, on:

> **NORGAARD, O'BOYLE & HANNON**
> **184 Grand Avenue**
> **Englewood, New Jersey 07631**
> **Telephone Number (201) 871-1333**

Nothing herein shall relieve the debtor or any party from service required by due process of law, the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and/or the local rules of practice.  This demand requires an additional notice and does not alleviate responsibility of any notice previously required and/or served.  Any distributions made should be sent directly to the Secured Creditor pursuant to the filed Proof of Claim.

NORGAARD, O'BOYLE & HANNON
Attorneys for Bidder, 3052 Brighton Ave LLC.
By/s/ *Karl J. Norgaard, Esq.*

Dated: 11/23/22          KARL J. NORGAARD, ESQ.
184 Grand Avenue
Englewood, New Jersey 07631
(201) 871-1333
knorgaard@norgaardfirm.com