# Exhibit C

**(Immediately Follows This Page)**

## EXHIBIT C

Buyer's Premium/Commission:     $365,000.00

Auctioneer Expense:             $2,000.00

Publication Costs:              $1,767.00



305 Broadway Suite 200 New York NY 10007
(212) 267-6698 Fax (212) 608-2147 Info@jpandr.com

| For The Account Of | Invoice Number |
|---|---|
| **Greg Corbin**<br>**Rosewood Realty Group**<br>152 West 57th Street -5 Floor<br>New York, NY 10019<br><br>Ph: (212)359-9904<br>Fax: (917)406-0406 | 225196 |
| | **Your File Number** |
| | 3052 Brighton |
| | **Date** |
| | 09/28/2022 |
| **Matter Of** | **Account ID** |
| :     3052-3062 Brighton 1st Street<br><br>:     Brooklyn, NY | ROSEWOOD |
| | **Order Type** |
| | MIS |

**PLEASE REFERENCE THE INVOICE NO. WITH YOUR PAYMENT TO:**
**JP&R ADVERTISING INC. 305 BROADWAY, SUITE 200, NEW YORK, NY 10007**

| Name | Section | Run Dates | Amount |
|---|---|---|---|
| NY Times-Auctions | Legals | Sep 23 | **$1582.00** |
| Brooklyn Daily Eagle | Legals | Sep 23 | **$185.00** |

        Please Pay      **$1,767.00**

# Invoice

**Mannion Auctions, LLC**
305 Broadway, Suite
New York, NY  10007 US
212-267-6698
mdmannion@jpandr.com

| BILL TO | SHIP TO |
|---|---|
| Greg Corbin<br>Rosewood Realty Group<br>38 E. 29th St, 5th Floor<br>New York, NY  10016 | Greg Corbin<br>Rosewood Realty Group<br>38 E. 29th St, 5th Floor<br>New York, NY  10016 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 30925 | 11/03/2022 | $2,000.00 | 12/03/2022 | Net 30 | |

**P.O. NUMBER**
3052-3062 Brighton

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Auctioneer | Bankruptcy auction held at 11:00am EST on November 3rd, 2022, remotely via Cisco WebEx regarding the sale of certain real property known as and located at: 3052-3062 Brighton 1st Street, Brooklyn, New York. | 1 | 2,000.00 | 2,000.00 |

3052-3062 Brighton

BALANCE DUE  $2,000.00