| | |
|---|---|
| **KRISS & FEUERSTEIN LLP**<br>Jerold C. Feuerstein, Esq.<br>Daniel N. Zinman, Esq.<br>Stuart L. Kossar, Esq.<br>360 Lexington Avenue, Suite 1200<br>New York, NY 10017<br>(212) 661-2900 — telephone<br>(212) 661-9397 — facsimile | Settlement Date: January 2, 2023, at 12:00 p.m. |

*Attorneys for 3052 Brighton 1st Street II*
*LLC & 3052 Brighton 1st Street LLC*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| 3052 Brighton First, LLC, | Case No. 20-40794-nhl |
| Debtor. | Hon. Nancy Hershey Lord<br>United States Bankruptcy Judge |

-------------------------------------------------------x

### AMENDED NOTICE OF SETTLEMENT OF REVISED ORDER (A) CONFIRMING AND APPROVING AUCTION SALE OF PROPERTY PURSUANT TO 11 U.S.C. § 363(b), (f), (m), AND (n) FREE AND CLEAR OF ALL CLAIMS, LIENS AND ENCUMBRANCES, (B) APPROVING DISTRIBUTIONS AT CLOSING, AND (C) <u>GRANTING RELATED RELIEF</u>

**PLEASE TAKE NOTICE,** that on January 2, 2023, counsel for 3052 Brighton 1st Street LLC and 3052 Bright 1st Street II LLC (collectively the "Secured Creditors"), secured creditors of the above captioned debtor and debtor in possession (the "Debtor"), will present for signature a revised Order Approving the Sale (the "Revised Order") of the real property located at 3052/3062 Brighton 1st Street, Brooklyn, New York 12235 (Block: 8669, Lot 18) (the "Property") to the Honorable Nancy H. Lord, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Eastern District of New York, located at 271-C Cadman Plaza East, Room 3577, Brooklyn, New York 11201-1800, a copy of which has been annexed hereto as **Exhibit "A"**.

**PLEASE TAKE FURTHER NOTICE,** that attached hereto is a blackline showing the differences between the revised Order and the original proposed Order Approving the Sale, which

was previously filed and served on or about December 13, 2022 [ECF No.298] is attached hereto as **Exhibit "B".**

**PLEASE TAKE NOTICE,** that objections, if any, to the revised Order must be made in writing and received in the Bankruptcy Clerk's Office, United States Bankruptcy Court for the Eastern District of New York, Conrad B. Duberstein Courthouse, 271 Cadman Plaza East, Brooklyn, New York 11201 and by the undersigned, Kriss & Feuerstein LLP, 360 Lexington Avenue, Suite 1200, New York, New York 10017, no later than *seven* **(7) days** prior to the settlement date set forth herein.

Dated: New York, New York
       December 14, 2022

                                            KRISS & FEUERSTEIN LLP

                                            By:    */s/ Jerold C. Feuerstein*
                                                      Jerold C. Feuerstein, Esq.
                                                        Daniel N. Zinman, Esq.
                                                        Stuart L. Kossar, Esq.
                                                        360 Lexington Avenue, 12th Floor
                                                        New York, New York 10017
                                                        (212) 661-2900

                                               *Attorneys for 3052 Brighton 1st Street II*
                                               *LLC & 3052 Brighton 1st Street LLC*

To:

3052 Brighton First LLC
4403 15th Avenue
Brooklyn, NY 11219-1604

Bruce Weiner
Rosenberg Musso & Weiner, LLP
26 Court Street
Suite 2211
Brooklyn, NY 11242

*U.S. Trustee*
Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

*Douglas J. Pick, Esq.*
Pick & Zabicki LLP
369 Lexington Avenue, 12th Floor
New York, NY 10017

*Leonard Robertson*
c/o Roger Sachar
Newman Ferrara LLP
1250 Broadway, 27th Floor
New York, NY 10001

*Consolidated Edison Company of New York, Inc.*
4 Irving Place 18th Floor
New York, New York 10003-3502
Attn: Bankruptcy Group

*Internal Revenue Service*
2970 Market Street
Philadelphia, PA 19104

*New York State Dept. of Taxation and Finance*
Civil Enforcement-CO-AT C
Building 9 W A
Harriman Campus Albany, NY 12226

*Criminal Court of the City of New York*
120 Schermerhorn Street
Brooklyn, NY 11201

*Vladimir Kamenetsky*
2618 Haring Street
Brooklyn, NY 11235

*Chaim Miller*
1324 46th Street, Apt. 3
Brooklyn, New York, 11219

*3052 Brighton First LLC*
1324 46th Street, Apt. 3
Brooklyn, New York, 11219

*3052 Brighton First LLC*
3052 Brighton 1st Street
Brooklyn, NY 11235

*GoldCoast Management*
3052 Brighton 1st Street
Brooklyn, NY 11235

*SynergyFirst International Real Estate LLC*
3052 Brighton 1st Street
Brooklyn, NY 11235

*Bar & Kettle Health Club*
3052 Brighton 1st Street, Unit 101
Brooklyn, NY 11235

*East Fordham Group LLC*  
Moshe Zafarani  
3052 Brighton 1ˢᵗ Street, Unit 401  
Brooklyn, NY 11235  

*Health Care Associates, LLC*  
3052 Brighton 1ˢᵗ Street, Unit 201  
Brooklyn, NY 11235  

*Local Lenders Inc.*  
3052 Brighton 1ˢᵗ Street, Unit 501  
Brooklyn, NY 11235  

*Home Infusion Group*  
3052 Brighton 1ˢᵗ Street, Unit 300  
Brooklyn, NY 11235  

*Golden Apple Spa*  
3052 Brighton 1ˢᵗ Street, Unit 402  
Brooklyn, NY 11235  

*United Capital Choice Inc.*  
3052 Brighton 1ˢᵗ Street, Unit 501  
Brooklyn, NY 11235  

*United Capital Choice Inc.*  
20 Ocean Choice #6H  
Brooklyn, NY 11223  

*Med-Part Inc.*  
3052 Brighton 1ˢᵗ Street, Unit 502  
Brooklyn, NY 11235  

*Champions Sports Center Inc.-*  
3052 Brighton 1ˢᵗ Street, Unit C1  
Brooklyn, NY 11235  

*Altagracia Pierre-Outerbridge, Esq.*  
Outerbridge Law, P.C.  
250 Park Avenue, 7ᵗʰ Floor  
New York, NY 10177  

*Patricia Moore*  
1655 Flatbush Avenue  
Apt. C1401  
Brooklyn, NY 11210  

*Chun Peter Doug*  
130 Trace CT  
Fayetteville, GA 30215  

*J Ted Donovan*  
Goldberg Weprin Finkel Goldstein LLP  
1501 Broadway, 22ⁿᵈ Floor  
New York, NY 10036  

*Kevin J. Nash, Esq.*  
Goldberg Weprin Finkel Goldstein LLP  
1501 Broadway, 22ⁿᵈ Floor  
New York, NY 10036  

*Karl J. Norgaard*  
Norgaard, O'Boyle & Hannon  
184 Grand Avenue  
Englewood, New Jersey 07631