# NORGAARD, O'BOYLE & HANNON

(A TRADE NAME OF GARY K. NORGAARD, PC)
**COUNSELLORS AT LAW**

GARY K. NORGAARD† (ret.)
JOHN O'BOYLE
KARL J. NORGAARD†
BRIAN G. HANNON†
CASSANDRA C. NORGAARD†

_____

ANTHONY E. HOPE†
MARK E. NORGAARD†
JACLYNN N. MCDONNELL◊

_____

WILLIAM H. SCHMIDT of counsel

**184 GRAND AVENUE**
**ENGLEWOOD, NEW JERSEY 07631-3507**
Telephone (201) 871-1333
Facsimile (201) 871-3161
____
810 ASBURY AVENUE, SUITE 206
OCEAN CITY, NJ 08226
Telephone No. (609) 439-4070
Facsimile (609) 439-4280
By Appointment Only
____
99 CHURCH STREET 4TH FLOOR
WHITE PLAINS, NEW YORK 10601
By Appointment Only

Senders Direct Email:
crose@norgaardfirm.com

† NJ & NY Bars
◊ NJ, NY & FL Bars

www.norgaardfirm.com

**PLEASE REPLY TO**
**ENGLEWOOD OFFICE**

January 24, 2023

**VIA EMAIL ONLY**
Nhl_hearings@nyeb@uscourts.gov

Re:   **3052 Brighton First, LLC**
      **Chapter 11, Case No. 20-40794**
      **Our File No. 22-267**

Dear Judge Lord:

    This office represents 3052 Brighton Avenue LLC, the approved purchaser in connection with the above-referenced matter. My client has tendered the $750,000.00 deposit. A Status Conference is scheduled for today at 2 p.m. We are requesting a one-week adjournment of the hearing in the 3052 Brighton matter but are not requesting an adjournment of 203-205 North 8th. It is respectfully requested that Your Honor reschedule the Status Conference in the above matter concerning 3052 Brighton Ave., Brooklyn, New York to a date before next Friday February 3, 2023 as the closing is set to occur on that date. We have consent of our adversary for same.

    As always, your Honor's attention in this matter is greatly appreciated.

                            Respectfully submitted,
                            /s/Karl J. Norgaard, Esq.
                            Karl J. Norgaard

cc: Jerold Feuerstein, Esq.