# NORGAARD, O'BOYLE & HANNON

(A TRADE NAME OF GARY K. NORGAARD, PC)
COUNSELLORS AT LAW

184 GRAND AVENUE
ENGLEWOOD, NEW JERSEY 07631-3507
Telephone (201) 871-1333
Facsimile (201) 871-3161

810 ASBURY AVENUE, SUITE 206
OCEAN CITY, NJ 08226
Telephone No. (609) 439-4070
Facsimile (609) 439-4280
By Appointment Only

99 CHURCH STREET 4TH FLOOR
WHITE PLAINS, NEW YORK 10601
By Appointment Only

GARY K. NORGAARD† (ret.)
JOHN O'BOYLE
KARL J. NORGAARD†
BRIAN G. HANNON†
CASSANDRA C. NORGAARD†

_____

ANTHONY E. HOPE†
MARK E. NORGAARD†
JACLYNN N. MCDONNELL◊

_____

WILLIAM H. SCHMIDT of counsel

Senders Direct Email:
crose@norgaardfirm.com

† NJ & NY Bars
◊ NJ, NY & FL Bars

www.norgaardfirm.com

**PLEASE REPLY TO ENGLEWOOD OFFICE**

January 24, 2023

**VIA CM/ECF ONLY**
Honorable Nancy Hershey Lord

**Re:    3052 Brighton First, LLC**
        **Chapter 11, Case No. 20-40794**
        **Our File No. 22-267**

Dear Judge Lord:

This letter shall confirm that with the consent of the parties the Status Conference and Mr. Shafferman's motion to withdraw as well as the status conference has been re-scheduled from today, January 24, 2023 at 2 p.m. to January 31, 2023 at 3:30 p.m.

As always, your Honor's attention in this matter is greatly appreciated.

Respectfully submitted,
/s/Karl J. Norgaard, Esq.
Karl J. Norgaard

cc:  Jerold Feuerstein, Esq.