UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

                     **Chapter 7**

**203-205 North 8th Street Loft, LLC,**

                     **Case No. 20-40793-nhl**

              **Debtor.**
-----------------------------------------------------------X
In re:

                     **Chapter 7**

**3052 Brighton First, LLC**

                     **Case No. 20-40797-nhl**

              **Debtor.**
-----------------------------------------------------------X

                     **AFFIDAVIT OF SERVICE**

**STATE OF NEW YORK**    )
                                  : ss.:
**COUNTY OF KINGS**     )

The undersigned, being duly sworn, deposes and says:

      1.  I am over the age of eighteen, I am not a party in this case or proceeding and I reside at **STATEN ISLAND, NEW YORK.**

      2.  On March 7, 2023, I served the **Response and Exhibits** upon the persons listed below*, those persons being all persons entitled to notice pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(1), by mailing a true copy of same enclosed in a pre-address sealed wrapper with postage affixed in a post box maintained under the exclusive care and custody of the United States Postal Service in the State of New York.

                                                  _/s/Jasmin Gomez_
                                                  Jasmin Gomez

Sworn to before me this
7th day of March, 2023

_/s/Robert J. Musso_
NOTARY PUBLIC

                                * SEE LIST ATTACHED*

David Y. Wolnerman, Esq.
White & Wolnerman, PLLC
950 Third Avenue, 11th Floor
New York, New York 10022