**JACOBS, P.C.**
*Attorneys for Party In Interest*
*3052 Brighton Ave. Limited Liability Company*
**595 Madison Avenue -39th Floor**
**New York, New York 10022**
**212-229-0476**
**Leo Jacobs**
**Wayne M. Greenwald**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
In re:

      **3052 BRIGHTON FIRST, LLC,**              Case No. 20-40794-nhl
                                                      Chapter 11

                         **Debtor.**

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Jacobs P.C. hereby appears on behalf of party in interest 3052 Brighton Ave. Limited Liability Company, and requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010 and 11 U.S.C. §§ 102(1) and 342, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given and served upon the undersigned at the following office address, telephone number and telecopier number:

JACOBS, P.C.
595 Madison Avenue -39th Floor
New York, New York 10022

Telephone No.: (212) 229-0476
Telecopier No.: (212) 3368
e-mail: Leo@JacobsPC.com
Wayne@JacobsPC.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing request includes, but is not limited to, the notices and papers referred to in the Bankruptcy Rules specified of any

application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone telegraph, telex, facsimile transmission or otherwise, which affect the Debtor, property of the Debtor's estate, or our client.

Dated: New York, NY
      March 8, 2023

    JACOBS, P.C.
    *Attorneys for Party In Interest*
    *3052 Brighton Ave. Limited Liability Company*
    595 Madison Avenue -39th Floor
    New York, New York 10022
    212-229-0476

    By:/s/  Wayne M. Greenwald Senior Counsel
        Wayne M. Greenwald