UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
In re:                                                                                    :
                                                                                               :  Chapter 11
                                                                                               :
3052 Brighton First, LLC,                                                    :
                                                                                               :  Case No. 20-40794 (NHL)
                                                                                               :
                                    Debtor.                                            :
                                                                                               :
---------------------------------------------------------------- x

# ORDER DIRECTING APPEARANCE OF CHAIM MILLER
## AT ADJOURNED 2004 EXAMINATION HEARING

WHEREAS, on February 6, 2020, 3052 Brighton First, LLC (the "Debtor"), by and through counsel, filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code; and

WHEREAS, on January 31, 2023, a motion was filed on behalf of JEST Holdings, LLC ("JEST"), seeking, *inter alia*, an examination and production of documents of the Debtor, Rosenberg Musso & Weiner, LLP, and Chaim Miller, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure; and

WHEREAS, on March 14, 2023, a hearing was held before the Court via Zoom (the "Hearing"), at which appeared David Y Wolnerman, Esq. (Counsel to JEST), Bruce Weiner, Esq. (Counsel to Debtor), Rachel Wolf, Esq. (US Trustee), Daniel N. Zinman, Esq. (Counsel to 203-205 8th Street LLC and North 8th Investor LLC), and Joel Shafferman, Esq. (Special Counsel to Debtor), and no appearance was made by or on behalf of Chaim Miller;

**NOW, THEREFORE,** upon the record of the case, which is incorporated herein by reference, it is hereby

**ORDERED**, that the Hearing is adjourned to **March 28, 2023 at 11:30a.m.** (the "Adjourned Hearing"); and it is further

**ORDERED,** that **Chaim Miller** is directed to appear at the Adjourned Hearing on March 28, 2023 at 11:30 a.m., which shall be held using the Zoom platform; and it is further

**ORDERED,** that all participants (including attorneys and clients) shall register their appearances through the Court's eCourt Appearances program, by following the instructions set forth on the Court's website, at https://www.nyeb.uscourts.gov/content/judge-nancy-hershey-lord. Once registered, an e-mail generated by eCourt Appearances with the Zoom dial-in number and video link for the hearing will be sent to each registrant prior to the hearing; and it is further

1

**ORDERED**, that the Clerk of the Court serve a copy of this Order upon the annexed service list.

Dated: March 15, 2023
Brooklyn, New York



_Nancy Hershey Lord_
Nancy Hershey Lord
United States Bankruptcy Judge