**Law Offices of**
**Borchert & LaSpina, P.C.**
**A Professional Corporation**
**19-02 Whitestone Expressway, Suite 302**
**Whitestone, New York 11357**
**(718) 767-3333**

April 17, 2023

Honorable Nancy Hershey Lord, U.S. B.J.
U.S. Bankruptcy Court, E.D.N.Y
Conrad B. Duberstein, U.S. Courthouse
271-C Cadman Plaza East
Brooklyn, NY 11201

Re: **In RE: 3052 Brighton First, LLC**
Case No: 20-40794-nhl
Receiver's Monthly Report of Income and Expenses

Dear Judge Lord,

This firm serves as, of Counsel, in the State Court Foreclosure Proceedings, to the undersigned, Gregory M. LaSpina, Esq., who is the Court-appointed Temporary Receiver, in the Supreme Court of the State of New York, Kings County, under Index No.: 509304/2015.

Pursuant to this Court's Order excusing the Receiver from Turnover and Other Requested Relief (ECF No. 51) (the "Order") and the Court's directives at the Hearings most recently held on March 28, 2023 (the "Hearings"), I am filing the enclosed monthly report of Income and Expenses for March 2023 (the "Receiver's Report") relating to the real property located at 3052/3062 Brighton 1st Street, Brooklyn, New York, 11235 (Block: 8669, Lot 18).

In any event, should the Court have any questions in connection with the foregoing, do not hesitate to contact me.

Thank you for your continued patience and cooperation.

Very Truly Yours,

*/s/ Gregory M. LaSpina*
Gregory M. LaSpina
Temporary Receiver

GML/jf
Enclosures

Cc: Rosenberg, Musso & Weiner, LLP
    Attn: Bruce Wiener, Esq. (via E-Mail)
   All parties via ECF