Case 1-20-40794-nhl    Doc 350-1    Filed 04/17/23    Entered 04/17/23 14:28:10



**Commercial ▪ Business ▪ Consumer**

**7102** 3RD AVENUE ▪ BROOKLYN NY **11209**

00007829 M0028900401230908180 01 000000000 0008859 008



BLACK DIAMOND REALTY
ATTN  RICHARD COHN
401 FRANKLIN AVE SUITE 104
GARDEN CITY NY 11530

PAGE: 1 OF 11

STATEMENT DATE:       03/31/23
ACCOUNT NUMBER:

Enclosed is a copy of an account statement for:

GREGORY M.LASPINA AS TEMP RECEIVER
OF 3052 BRIGHTON 1ST STREET II LLC
GREGORY M LASPINA CONSERVATOR
1902 WHITESTONE EXPY STE 302
WHITESTONE NY 11357-3099



00007829 0012204 0001-0011 M0028900401230908180 01 L 00008859

## BALANCE SHEET

### Outstanding Checks
### Not Charged To Your Account

| CHECK NO. | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

### STATEMENT ENDING BALANCE

Shown on this statement    $ _____

**ADD (+)**
Deposits made but not shown on
this statement    $ _____

        **TOTAL**    $ _____

**SUBTRACT (-)**
Total of checks outstanding    $ _____

**BALANCE**    $ _____

Current Checkbook Balance    $ _____

**ADD (+)** Interest earned from
this statement    $ _____

**SUBTRACT (-)**
Misc. charges on this statement    $ _____

**NEW CHECKBOOK BALANCE**
Should agree with Balance line    $ _____

## IMPORTANT INFORMATION

CHANGE OF ADDRESS: Please call us at 800-581-2889 (855.540.2274 TTY/TDD) or write us at Flushing Bank P.O. Box 9000, East Meadow, NY 11554-9000, Attention: Customer Service.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSACTIONS
**(Consumer Accounts Only)**
If you think your statement or receipt is wrong or if you need more information about a transfer on a statement or receipt, telephone us at 800-581-2889 (855.540.2274 TTY/TDD) or write us at Flushing Bank P.O. Box 9000, East Meadow, NY 11554-9000, as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You must:
    1) Tell us your name and account number
    2) Describe the error or the transfer you are unsure about (including the date it occurred), and explain as clearly as you can why you believe it is in error or why you need more
    information; and
    3) Tell us the dollar amount of the suspected error
We will investigate your complaint and correct any error promptly. We may take up to 45 days to complete our investigation (90 days for transfers initiated outside the U.S. or resulting from point-of-sale debit-card transactions). If we take more than 10 business days to investigate your claim (20 days for certain new accounts) we will provisionally credit your account for the amount you think is in error so that you will have the use of the money during the time it takes to complete our investigation. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

### REPORTING OTHER PROBLEMS
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing at Flushing Bank P.O. Box 9000, East Meadow, NY 11554-9000, Attention: Customer Service of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you), we are not liable to you for and you agree not to make a claim against us for the problems or unauthorized transactions.

### BILLING RIGHTS SUMMARY - *IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR BILLING STATEMENT*
**(Consumer Accounts Only)**
If you think there is an error on your billing statement, write us at Flushing Bank P.O. Box 9000, East Meadow, NY 11554-9000 Attention: Loan Servicing as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST billing statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In your letter give us the following information:
    (1) Your name and account number
    (2) The dollar amount of the suspected error
    (3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about
You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.
*Additional Information for Cash Reserve Plans*
The charge in question may remain on your statement and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
We can apply any unpaid amount against your credit limit.
If you have authorized us to make your payments automatically from your account, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us three business days before the automatic payment is scheduled to occur.
After we finish our investigation, we will tell you our decision. At that point, if we think you owe any amount and you do not pay we may report you as delinquent.

### AVERAGE DAILY BALANCE CALCULATION FOR HOME EQUITY AND CASH RESERVE LINES OF CREDIT
We figure the interest portion of the finance charge on your account by applying the periodic rate to the "average daily balance" of your account. To get the "average daily balance" we take the beginning balance of your account each day, add any new advances, purchases or loans, and subtract any payments or credits, and unpaid finance charges. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance."
The minimum periodic payment required is shown on the front of this billing statement.
Send payments and inquiries to Flushing Bank P.O. Box 9000, East Meadow, NY 11554-9000 Attention: Loan Servicing.
*NOTE:* Payments received after close of business shall be deemed received on the following business day for purposes of crediting your account.

Check 21 Notification: If you request the return of your original checks, you may receive a "Substitute Check" in response. The Substitute Check is the legal equivalent of an original check and you have rights that apply when you believe, in good faith, that a Substitute Check was not properly charged to your account.
Contact your branch or call 800-581-2889 (855.540.2274 TTY/TDD) to request a Check 21 disclosure.

FRM-DDAST-0419

MEMBER
**FDIC**





# FLUSHING Bank

Commercial ■ Business ■ Consumer

7102 3RD AVENUE ■ BROOKLYN NY 11209

GREGORY M.LASPINA AS TEMP RECEIVER
OF 3052 BRIGHTON 1ST STREET II LLC
GREGORY M LASPINA CONSERVATOR
1902 WHITESTONE EXPY STE 302
WHITESTONE NY 11357-3099

PAGE: 2 OF 11

STATEMENT DATE:        03/31/23
ACCOUNT NUMBER:        ████████

**************************** CASH MANAGEMENT ████████ ****************************

Account Detail

| Date | Description | | Credits | Debits | Balance |
|------|-------------|---|---------|--------|---------|
| 02/28 | Balance Forward | | | | 634,907.25 |
| 03/01 | Check Number | 1319 | | 16.05- | 634,891.20 |
| 03/01 | Check Number | 1323 | | 8,000.00- | 626,891.20 |
| 03/02 | Check Number | 1324 | | 473.92- | 626,417.28 |
| 03/09 | Deposit | | 34,662.00 | | 661,079.28 |
| 03/13 | Check Number | 1322 | | 1,554.74- | 659,524.54 |
| 03/14 | Check Number | 1335 | | 8,000.00- | 651,524.54 |
| 03/14 | Check Number | 1337 | | 168.76- | 651,355.78 |
| 03/15 | Check Number | 1336 | | 410.34- | 650,945.44 |
| 03/15 | Check Number | 1338 | | 2,250.00- | 648,695.44 |
| 03/15 | Check Number | 1334 | | 790.52- | 647,904.92 |
| 03/15 | Check Number | 1340 | | 2,414.28- | 645,490.64 |
| 03/16 | FIRST INSURANCE | INSURANCE | | 13,870.23- | 631,620.41 |
| 03/16 | QUARTERLY FEE | PAYMENT | | 1,000.00- | 630,620.41 |
| 03/17 | Deposit | | 25,362.00 | | 655,982.41 |
| 03/17 | Deposit | | 25,060.03 | | 681,042.44 |
| 03/17 | Check Number | 1539 | | 15.00- | 681,027.44 |
| 03/20 | Check Number | 1331 | | 5,999.01- | 675,028.43 |
| 03/20 | Check Number | 1328 | | 612.42- | 674,416.01 |
| 03/20 | Check Number | 1333 | | 1,267.31- | 673,148.70 |
| 03/20 | Check Number | 1325 | | 2,744.75- | 670,403.95 |
| 03/20 | Check Number | 1326 | | 1,350.75- | 669,053.20 |
| 03/21 | Check Number | 1329 | | 2,585.78- | 666,467.42 |
| 03/22 | Check Number | 1332 | | 6,613.11- | 659,854.31 |
| 03/22 | Check Number | 1330 | | 1,750.00- | 658,104.31 |
| 03/22 | Check Number | 1327 | | 217.75- | 657,886.56 |
| 03/27 | Deposit | | 35,000.00 | | 692,886.56 |
| 03/27 | Check Number | 1353 | | 3,200.00- | 689,686.56 |
| 03/28 | Check Number | 1346 | | 50.00- | 689,636.56 |
| 03/28 | Check Number | 1344 | | 1,387.07- | 688,249.49 |
| 03/28 | Check Number | 1343 | | 1,280.37- | 686,969.12 |
| 03/29 | ConEd of NY | CHECK PYMT | | 4,875.54- | 682,093.58 |
| | Check Number: | 1351 | | | |
| 03/29 | ConEd of NY | CHECK PYMT | | 407.23- | 681,686.35 |
| | Check Number: | 1350 | | | |
| 03/30 | NYSIF | WEB_PAY | | 6,533.98- | 675,152.37 |

------ Continued on next page ------

00007829 0012205 0002-0011



## BALANCE SHEET

### Outstanding Checks
### Not Charged To Your Account

| CHECK NO. | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

**STATEMENT ENDING BALANCE**

| | | |
|---|---|---|
| Shown on this statement | $ | |
| ADD (+)<br>Deposits made but not shown on<br>this statement | $ | |
| **TOTAL** | $ | |
| SUBTRACT (-)<br>Total of checks outstanding | $ | |
| **BALANCE** | $ | |
| Current Checkbook Balance | $ | |
| ADD (+) Interest earned from<br>this statement | $ | |
| SUBTRACT (-)<br>Misc. charges on this statement | $ | |
| **NEW CHECKBOOK BALANCE**<br>Should agree with Balance line | $ | |

## IMPORTANT INFORMATION

**CHANGE OF ADDRESS:** Please call us at 800-581-2889 (855.540.2274 TTY/TDD) or write us at Flushing Bank P.O. Box 9000, East Meadow, NY 11554-9000, Attention: Customer Service.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSACTIONS**
**(Consumer Accounts Only)**
If you think your statement or receipt is wrong or if you need more information about a transfer on a statement or receipt, telephone us at 800-581-2889 (855.540.2274TTY/TDD) or write us at Flushing Bank P.O. Box 9000, East Meadow, NY 11554-9000, as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You must:
    1) Tell us your name and account number
    2) Describe the error or the transfer you are unsure about (including the date it occurred), and explain as clearly as you can why you believe it is in error or why you need more information; end
    3) Tell us the dollar amount of the suspected error
We will investigate your complaint and correct eny error promptly. We may take up to 45 days to complete our investigation (90 days for transfers initiated outside the U.S. or resulting from point-of-sale debit-card transactions). If we take more than 10 business days to investigate your claim (20 days for certain new accounts) we will provisionally credit your account for the emount you think is in error so that you will have the use of the money during the time it takes to complete our investigation. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**REPORTING OTHER PROBLEMS**
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing at Flushing Bank P.O. Box 9000, East Meadow, NY 11554-9000, Attention: Customer Service of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you), we are not liable to you for and you agree not to make a claim against us for the problems or unauthorized transactions.

**BILLING RIGHTS SUMMARY -** *IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR BILLING STATEMENT*
**(Consumer Accounts Only)**
If you think there is an error on your billing statement, write us at Flushing Bank P.O. Box 9000, East Meadow, NY 11554-9000 Attention: Loan Servicing as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST billing statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In your letter give us the following information:
    (1)  Your name and account number
    (2)  The dollar amount of the suspected error
    (3)  Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about
You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.
*Additional Information for Cash Reserve Plans*
The charge in question may remain on your statement and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
We can apply any unpaid amount against your credit limit.
If you have authorized us to make your payments automatically from your eccount, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us three business days before the eutomatic payment is scheduled to occur.
After we finish our investigation, we will tell you our decision. At that point, if we think you owe any amount and you do not pay we may report you as delinquent.

**AVERAGE DAILY BALANCE CALCULATION FOR HOME EQUITY AND CASH RESERVE LINES OF CREDIT**
We figure the interest portion of the finance charge on your account by applying the periodic rate to the "average daily balance" of your account. To get the "average daily balance" we take the beginning balance of your account each day, add any new advances, purchases or loans, and subtract any payments or credits, and unpaid finance charges. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance."
The minimum periodic payment required is shown on the front of this billing statement.
Send payments and inquiries to Flushing Bank P.O. Box 9000, East Meadow, NY 11554-9000 Attention: Loan Servicing.
*NOTE:* Payments received after close of business shall be deemed received on the following business day for purposes of crediting your account.

**Check 21 Notification:** If you request the return of your original checks, you may receive a "Substitute Check" in response. The Substitute Check is the legal equivalent of an original check and you have rights that apply when you believe, in good faith, that a Substitute Check was not properly charged to your account.
Contact your branch or call 800-581-2889 (855.540.2274 TTY/TDD) to request a Check 21 disclosure.

FRM-DDAST-0419

**MEMBER FDIC**



EQUAL HOUSING LENDER



7102 3RD AVENUE ▪ BROOKLYN NY 11209

GREGORY M.LASPINA AS TEMP RECEIVER                                          PAGE: 3 OF 11
OF 3052 BRIGHTON 1ST STREET II LLC
GREGORY M LASPINA CONSERVATOR
1902 WHITESTONE EXPY STE 302                        STATEMENT DATE:          03/31/23
WHITESTONE NY 11357-3099                            ACCOUNT NUMBER:

**************************** CASH MANAGEMENT ▮▮▮▮▮▮▮ ****************************
    DATE DESCRIPTION                                CREDITS        DEBITS        BALANCE
         Balance Forward from Previous Page                                   675,152.37
    03/30 Check Number     1345                                    850.31-     674,302.06

Checks in Order

| Date | Number | Amount | Date | Number | Amount |
|------|--------|--------|------|--------|--------|
| 03/01 | 1319 | 16.05 | 03/15 | 1334 | 790.52 |
| 03/13 | 1322* | 1,554.74 | 03/14 | 1335 | 8,000.00 |
| 03/01 | 1323 | 8,000.00 | 03/15 | 1336 | 410.34 |
| 03/02 | 1324 | 473.92 | 03/14 | 1337 | 168.76 |
| 03/20 | 1325 | 2,744.75 | 03/15 | 1338 | 2,250.00 |
| 03/20 | 1326 | 1,350.75 | 03/15 | 1340* | 2,414.28 |
| 03/22 | 1327 | 217.75 | 03/28 | 1343* | 1,280.37 |
| 03/20 | 1328 | 612.42 | 03/28 | 1344 | 1,387.07 |
| 03/21 | 1329 | 2,585.78 | 03/30 | 1345 | 850.31 |
| 03/22 | 1330 | 1,750.00 | 03/28 | 1346 | 50.00 |
| 03/20 | 1331 | 5,999.01 | 03/27 | 1353* | 3,200.00 |
| 03/22 | 1332 | 6,613.11 | 03/17 | 1539* | 15.00 |
| 03/20 | 1333 | 1,267.31 | | | |

                    (*) Check Numbers Missing

Account Summary
Previous Statement Date: 02/28/23

| Beginning Balance + | Interest Deposits + | Paid - | Service Withdrawals - Charge = | Ending Balance |
|---------------------|---------------------|--------|--------------------------------|----------------|
| 634,907.25 | 120,084.03 | .00 | 80,689.22        .00 | 674,302.06 |

Statement from 03/01/23 Thru 03/31/23

Average Balance:     657,165.63    Minimum Balance:     626,417.28

*****************Summary of Deposit Accounts ****************************************
AP    ▮▮▮▮▮▮▮                   BALANCE INT-RATE%    YTD-INT  YTD-PENALTY  MATURITY
CK    ▮▮▮▮▮▮▮                   674,302.06

                    ------ Continued on next page ------



## BALANCE SHEET

### Outstanding Checks
### Not Charged To Your Account

| CHECK NO. | | |
|-----------|--|--|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

### STATEMENT ENDING BALANCE

| | |
|--|--|
| Shown on this statement | $ _____ |
| ADD (+) Deposits made but not shown on this statement | $ _____ |
| **TOTAL** | $ _____ |
| SUBTRACT (-) Total of checks outstanding | $ _____ |
| **BALANCE** | $ _____ |
| Current Checkbook Balance | $ _____ |
| ADD (+) Interest earned from this statement | $ _____ |
| SUBTRACT (-) Misc. charges on this statement | $ _____ |
| **NEW CHECKBOOK BALANCE** Should agree with Balance line | $ _____ |

## IMPORTANT INFORMATION

**CHANGE OF ADDRESS:** Please call us at 800-581-2889 (855.540.2274 TTY/TDD) or write us at Flushing Bank P.O. Box 9000, East Meadow, NY 11554-9000, Attention: Customer Service.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSACTIONS
**(Consumer Accounts Only)**
If you think your statement or receipt is wrong or if you need more information about a transfer on a statement or receipt, telephone us at 800-581-2889 (855.540.2274 TTY/TDD) or write us at Flushing Bank P.O. Box 9000, East Meadow, NY 11554-9000, as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You must:
    1) Tell us your name and account number
    2) Describe the error or the transfer you are unsure about (including the date it occurred), and explain as clearly as you can why you believe it is in error or why you need more information; and
    3) Tell us the dollar amount of the suspected error
We will investigate your complaint and correct any error promptly. We may take up to 45 days to complete our investigation (90 days for transfers initiated outside the U.S. or resulting from point-of-sale debit-card transactions). If we take more than 10 business days to investigate your claim (20 days for certain new accounts) we will provisionally credit your account for the amount you think is in error so that you will have the use of the money during the time it takes to complete our investigation. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

### REPORTING OTHER PROBLEMS
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing at Flushing Bank P.O. Box 9000, East Meadow, NY 11554-9000, Attention: Customer Service of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you), we are not liable to you for and you agree not to make a claim against us for the problems or unauthorized transactions.

### BILLING RIGHTS SUMMARY - *IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR BILLING STATEMENT*
**(Consumer Accounts Only)**
If you think there is an error on your billing statement, write us at Flushing Bank P.O. Box 9000, East Meadow, NY 11554-9000 Attention: Loan Servicing as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST billing statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In your letter give us the following information:
    (1)  Your name and account number
    (2)  The dollar amount of the suspected error
    (3)  Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about
You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.
*Additional Information for Cash Reserve Plans*
The charge in question may remain on your statement and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
We can apply any unpaid amount against your credit limit.
If you have authorized us to make your payments automatically from your account, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us three business days before the automatic payment is scheduled to occur.
After we finish our investigation, we will tell you our decision. At that point, if we think you owe any amount and you do not pay we may report you as delinquent.

### AVERAGE DAILY BALANCE CALCULATION FOR HOME EQUITY AND CASH RESERVE LINES OF CREDIT
We figure the interest portion of the finance charge on your account by applying the periodic rate to the "average daily balance" of your account. To get the "average daily balance" we take the beginning balance of your account each day, add any new advances, purchases or loans, and subtract any payments or credits, and unpaid finance charges. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance."
The minimum periodic payment required is shown on the front of this billing statement.
Send payments and inquiries to Flushing Bank P.O. Box 9000, East Meadow, NY 11554-9000 Attention: Loan Servicing.
*NOTE:* Payments received after close of business shall be deemed received on the following business day for purposes of crediting your account.

**Check 21 Notification:** If you request the return of your original checks, you may receive a "Substitute Check" in response. The Substitute Check is the legal equivalent of an original check and you have rights that apply when you believe, in good faith, that a Substitute Check was not properly charged to your account.
Contact your branch or call 800-581-2889 (855.540.2274 TTY/TDD) to request a Check 21 disclosure.

FRM-DDAST-0419



**MEMBER FDIC**



**FLUSHING**
Commercial ∎ Business ∎ Consumer **Bank**

7102 3RD AVENUE ∎ BROOKLYN NY 11209

GREGORY M.LASPINA AS TEMP RECEIVER
OF 3052 BRIGHTON 1ST STREET II LLC
GREGORY M LASPINA CONSERVATOR
1902 WHITESTONE EXPY STE 302
WHITESTONE NY 11357-3099

PAGE: 4 OF 11

STATEMENT DATE:     03/31/23
ACCOUNT NUMBER:

Take advantage of this great rate! A Flushing Bank 15 Month Consumer
CD is now earning 4.60% APY (Annual Percentage Yield). With a
minimum deposit of $1,000 you can start earning one of the most
competitive rates around. A penalty may be imposed for early
withdrawal on CDs. Rate is effective as of 1/27/23 and is subject to
change without notice. Open a 15 Month Flushing Bank Consumer CD
today and start earning more!



## BALANCE SHEET

### Outstanding Checks
### Not Charged To Your Account

| CHECK NO. | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL. | | |

**STATEMENT ENDING BALANCE**

Shown on this statement $ _____

**ADD (+)**
Deposits made but not shown on
this statement $ _____

**TOTAL** $ _____

**SUBTRACT (-)**
Total of checks outstanding $ _____

**BALANCE** $ _____

Current Checkbook Balance $ _____

**ADD (+)** Interest earned from
this statement $ _____

**SUBTRACT (-)**
Misc. charges on this statement $ _____

**NEW CHECKBOOK BALANCE**
Should agree with Balance line $ _____

## IMPORTANT INFORMATION

**CHANGE OF ADDRESS:** Please call us at 800-581-2889 (855.540.2274 TTY/TDD) or write us at Flushing Bank P.O. Box 9000, East Meadow, NY 11554-9000, Attention: Customer Service.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSACTIONS**
**(Consumer Accounts Only)**
If you think your statement or receipt is wrong or if you need more information about a transfer on a statement or receipt, telephone us at 800-581-2889 (855.540.2274 TTY/TDD) or write us at Flushing Bank P.O. Box 9000, East Meadow, NY 11554-9000, as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You must:
    1) Tell us your name and account number
    2) Describe the error or the transfer you are unsure about (including the date it occurred), and explain as clearly as you can why you believe it is in error or why you need more
    information; and
    3) Tell us the dollar amount of the suspected error
We will investigate your complaint and correct any error promptly. We may take up to 45 days to complete our investigation (90 days for transfers initiated outside the U.S. or resulting from point-of-sale debit-card transactions). If we take more than 10 business days to investigate your claim (20 days for certain new accounts) we will provisionally credit your account for the amount you think is in error so that you will have the use of the money during the time it takes to complete our investigation. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**REPORTING OTHER PROBLEMS**
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing at Flushing Bank P.O. Box 9000, East Meadow, NY 11554-9000, Attention: Customer Service of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you), we are not liable to you for and you agree not to make a claim against us for the problems or unauthorized transactions.

**BILLING RIGHTS SUMMARY -** *IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR BILLING STATEMENT*
**(Consumer Accounts Only)**
If you think there is an error on your billing statement, write us at Flushing Bank P.O. Box 9000, East Meadow, NY 11554-9000 Attention: Loan Servicing as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST billing statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In your letter give us the following information:
    (1) Your name and account number
    (2)  The dollar amount of the suspected error
    (3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about
You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.
*Additional Information for Cash Reserve Plans*
The charge in question may remain on your statement and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
We can apply any unpaid amount against your credit limit.
If you have authorized us to make your payments automatically from your account, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us three business days before the automatic payment is scheduled to occur.
After we finish our investigation, we will tell you our decision. At that point, if we think you owe any amount and you do not pay we may report you as delinquent.

**AVERAGE DAILY BALANCE CALCULATION FOR HOME EQUITY AND CASH RESERVE LINES OF CREDIT**
We figure the interest portion of the finance charge on your account by applying the periodic rate to the "average daily balance" of your account. To get the "average daily balance" we take the beginning balance of your account each day, add any new advances, purchases or loans, and subtract any payments or credits, and unpaid finance charges. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance."  .
The minimum periodic payment required is shown on the front of this billing statement.
Send payments and inquiries to Flushing Bank  P.O. Box 9000, East Meadow, NY 11554-9000 Attention: Loan Servicing.
*NOTE:* Payments received after close of business shall be deemed received on the following business day for purposes of crediting your account.

**Check 21 Notification:** If you request the return of your original checks, you may receive a "Substitute Check" in response. The Substitute Check is the legal equivalent of an original check and you have rights that apply when you believe, in good faith, that a Substitute Check was not properly charged to your account.
Contact your branch or call 800-581-2889 (855.540.2274 TTY/TDD) to request a Check 21 disclosure.

FRM-DDAST-0419



**MEMBER**
**FDIC**

EQUAL HOUSING LENDER

00007829 0012208 0005-0011



Check 1319    Date 03/01    Amount $16.05



Check 1322    Date 03/13    Amount $1,554.74



Check 1323    Date 03/01    Amount $8,000.00



Check 1324    Date 03/02    Amount $473.92







Check 1325    Date 03/20    Amount $2,744.75

Check 1326    Date 03/20    Amount $1,350.75





Check 1327    Date 03/22    Amount $217.75

Check 1328    Date 03/20    Amount $612.42

00007829 0012209 0007-0011



Check 1329    Date 03/21    Amount $2,585.78



Check 1330    Date 03/22    Amount $1,750.00



Check 1331    Date 03/20    Amount $5,999.01



Check 1332    Date 03/22    Amount $6,613.11







Check 1333          Date 03/20          Amount $1,267.31



Check 1334          Date 03/15          Amount $790.52



Check 1335          Date 03/14          Amount $8,000.00



Check 1336          Date 03/15          Amount $410.34





Check 1337        Date 03/14        Amount $168.76

Check 1338        Date 03/15        Amount $2,250.00



Check 1340        Date 03/15        Amount $2,414.28

Check 1343        Date 03/28        Amount $1,280.37





00007829 0012210 0010-0011



| Check 1344 | Date 03/28 | Amount $1,387.07 |



| Check 1345 | Date 03/30 | Amount $850.31 |



| Check 1346 | Date 03/28 | Amount $50.00 |



| Check 1353 | Date 03/27 | Amount $3,200.00 |

00007829 0012211 0011-0011



Check 1539                    Date 03/17                    Amount $15.00





**FLUSHING Bank**

Commercial ▪ Business ▪ Consumer

**7102 3RD AVENUE ▪ BROOKLYN NY 11209**

00006638 M0028900401230908180 01 000000000 0007668 002



BLACK DIAMOND REALTY
401 FRANKLIN AVE STE 104
GARDEN CITY NY 11530

PAGE: 1 OF 2

STATEMENT DATE:          03/31/22
ACCOUNT NUMBER:    

00006638 0007556 0001-0002

Enclosed is a copy of an account statement for:


GREGORY M.LASPINA AS TEMP RECEIVER
OF 3052 BRIGHTON 1ST STREET II LLC
GREGORY M LASPINA CONSERVATOR
1902 WHITESTONE EXPY STE 302
WHITESTONE NY 11357-3099



**Commercial ▪ Business ▪ Consumer**

7102 3RD AVENUE ▪ BROOKLYN NY 11209

GREGORY M.LASPINA AS TEMP RECEIVER
OF 3052 BRIGHTON 1ST STREET II LLC                                              PAGE: 2 OF 2
GREGORY M LASPINA CONSERVATOR
1902 WHITESTONE EXPY STE 302                                    STATEMENT DATE:        03/31/23
WHITESTONE NY 11357-3099                                        ACCOUNT NUMBER:

*************************** CASH MANAGEMENT ████████ ***************************
  Account Detail
    Date Description                              Credits          Debits          Balance
    02/28 Balance Forward                                                         50,895.30
    03/17 Deposit                                2,100.00                         52,995.30

Account Summary
Previous Statement Date: 02/28/23
      Beginning                Interest                      Service          Ending
      Balance +       Deposits +    Paid -   Withdrawals - Charge =           Balance
      50,895.30       2,100.00       .00          .00        .00            52,995.30

Statement from 03/01/23 Thru 03/31/23

Average Balance:       51,911.42    Minimum Balance:       50,895.30

******************Summary of Deposit Accounts *****************************************
AP     ACCOUNT                   BALANCE INT-RATE%   YTD-INT YTD-PENALTY  MATURITY
CK  ████████████          52,995.30

      Take advantage of this great rate! A Flushing Bank 15 Month Consumer
      CD is now earning 4.60% APY (Annual Percentage Yield). With a
      minimum deposit of $1,000 you can start earning one of the most
      competitive rates around. A penalty may be imposed for early
      withdrawal on CDs. Rate is effective as of 1/27/23 and is subject to
      change without notice. Open a 15 Month Flushing Bank Consumer CD
      today and start earning more!

