```
                              OPERATING STATEMENT
                              3052 Brighton 1st Street
                              3052 Brighton 1st Street
                                Brooklyn, NY    11235

                                  Year Ending 2023
                                   Month of March
================================================================================================

INCOME:                     Year-to-Date                        3/2023

        Rent                   277874.77                      115459.03
        Parking                 12075.00                        4625.00
        Other Chg                  50.00                           0.00
        Other Incom              2117.01                           0.00
                              ============                    ============
TOTAL INCOME:                  292116.78                      120084.03

EXPENSE:

5102    Insurance               54186.73                       20404.21
5109    Property Taxes            171.55                         171.55
5110    Utilities               37683.69                       22867.86
5115    Inspection               3200.00                        3200.00
5132    Miscellaneous            2117.00                           0.00
5200    Building Repair         52196.50                        3227.07
5202    Elev Contract            2550.93                         850.31
5203    Exterminating             724.03                         168.76
5205    Plumbing Repair          1469.81                        1469.81
5212    Repairs                  5908.29                        2070.89
5213    Receiver Fees            1600.00                        1600.00
5214    Reimbursed Exp           2990.58                         314.28
5215    Supplies                 3357.88                         410.34
5220    Security                24617.80                        5114.95
5221    Landscaping              3048.50                           0.00
5299    FIRE/SECURITY            3244.48                          87.10
5300    Mgmt Fee                20202.34                        6613.11
5310    Lease Renew Fee          2100.00                        2100.00
5312    New Lease Fee            2266.05                        2250.00
5501    LEGAL FEES               5757.20                        4019.70
5620    Maintanence             24975.00                        8000.00
6505    Violations               2200.00                         100.00
                              ============                    ============
TOTAL EXPENSE:                 256568.36                       85039.94

                              ============                    ============
NOI:                            35548.42                       35044.09

                              ============                    ============
TOTAL DEBT SERVICE:                 0.00                           0.00
                              ============                    ============
NET INCOME:                     35548.42                       35044.09

CASH FLOW ITEMS:

2030    Sec Payable             -2100.00                       -2100.00
                              ============                    ============
TOTAL CASH FLOW                 -2100.00                       -2100.00
                              ============                    ============
NET CASH FLOW:                  37648.42                       37144.09

Beginning Cash Balance:       659774.60
Ending Cash Balance:          696918.61
```