RR REPORT
3052 Brighton 1st Street
3052 Brighton 1st Street
Brooklyn, NY    11235

*Moved-out tenants not included*

| Unit | Tenant | Lease Start | Lease End | Net Rent | Opening Bal | Current Chg | Cur Receipt | Bal Due |
|---|---|---|---|---|---|---|---|---|
| 2A | J Lawhead | 03/01/2023 | 02/28/2024 | 1701.00 | 0.00 | 53.00 | 1701.00 | 0.00 |
| 2B | F Burgos Jr. | 11/01/2020 | 10/31/2021 | 1800.00 | 1705.00 | 0.00 | 1980.00 | 1675.00 |
| 2C | A Urbonavicius | 09/15/2022 | 09/14/2023 | 1630.00 | -1606.00 | 0.00 | 0.00 | 24.00 |
| 2D | N Boyko | 02/01/2022 | 01/31/2024 | 1998.00 | 1998.00 | 0.00 | 1998.00 | 1998.00 |
| 2E | G Bricca | 09/15/2022 | 09/14/2023 | 2639.00 | 0.00 | 0.00 | 2600.00 | 0.00 |
| 3A | P Romanko | 09/01/2022 | 08/31/2023 | 1950.00 | 0.00 | 0.00 | 1950.00 | 0.00 |
| 3B | I Prylutska | 12/01/2022 | 11/30/2023 | 2205.00 | 0.00 | 0.00 | 2405.00 | 0.00 |
| 3C | L Robertson | 08/01/2021 | 07/31/2023 | 2424.00 | 37968.00 | 0.00 | 0.00 | 40392.00 |
| 3D | H Abdul-Razak | 04/01/2021 | 03/31/2022 | 2600.00 | 5200.00 | 0.00 | 5200.00 | 2600.00 |
| 3E | J Mamatov | 02/01/2022 | 01/31/2024 | 2357.00 | 0.00 | 0.00 | 0.00 | 2557.00 |
| 4A | A Korol | 10/01/2022 | 09/30/2024 | 2077.00 | -2277.00 | 0.00 | 0.00 | 0.00 |
| 4B | E Vinogradova | 09/01/2022 | 08/31/2024 | 1947.00 | 1349.00 | 0.00 | 0.00 | 3296.00 |
| 4C | R Kaya | 06/01/2022 | 05/31/2023 | 2532.00 | 2732.00 | 0.00 | 0.00 | 5464.00 |
| 4D | A Wisniewska | 09/01/2021 | 08/31/2022 | 2825.00 | 0.00 | 0.00 | 3225.00 | 0.00 |
| 4E | A de Guzman | 04/15/2022 | 04/14/2023 | 2679.43 | .80 | 0.00 | 2879.03 | 1.20 |
| 5A | A Brown | 02/01/2023 | 01/31/2024 | 2126.00 | -37.00 | 0.00 | 2363.00 | -74.00 |
| 5B | M Harun | 12/27/2022 | 12/26/2023 | 1961.00 | 0.00 | 0.00 | 2161.00 | 0.00 |
| 5C | I Chernyak | 07/01/2022 | 06/30/2023 | 2575.00 | 2575.00 | 0.00 | 5150.00 | 0.00 |
| 5D | M Taver | 11/01/2022 | 10/31/2023 | 3028.00 | 497.00 | 0.00 | 3725.00 | 0.00 |
| 5E | M Desilva | 05/01/2022 | 04/30/2023 | 2500.00 | 10000.00 | 0.00 | 2500.00 | 10000.00 |
| 6A | B Kukhorsky | 12/01/2021 | 11/30/2022 | 2085.00 | 0.00 | 0.00 | 2410.00 | 0.00 |
| 6B | C Lopez-Castillo | 11/15/2022 | 11/14/2023 | 2016.00 | 0.00 | 0.00 | 2016.00 | 0.00 |
| 6C | H Albaiyaa | 01/15/2021 | 01/31/2022 | 2400.00 | 12000.00 | 0.00 | 0.00 | 14400.00 |
| 6D | VACANT | | | | 0.00 | 0.00 | 0.00 | 0.00 |
| 6E | N Siisii | 04/01/2023 | 03/31/2024 | 2515.00 | 18580.00 | 0.00 | 0.00 | 21216.00 |
| 7A | Y Mei | 05/01/2022 | 04/30/2023 | 2050.00 | 4500.00 | 0.00 | 4500.00 | 2250.00 |
| 7B | S Isakov | 01/01/2023 | 12/31/2023 | 1938.00 | 8091.00 | 0.00 | 2585.00 | 7644.00 |

Cont

| Unit | Tenant | Lease Start | Lease End | Net Rent | Opening Bal | Current Chg | Cur Receipt | Bal Due |
|---|---|---|---|---|---|---|---|---|
| 7C | E Varfolomeev | 03/01/2018 | 02/28/2019 | 2015.52 | 59192.40 | -21976.88 | 35000.00 | 4431.04 |
| 7D | N Lucic | 12/01/2022 | 11/30/2024 | 4289.00 | 0.00 | 0.00 | 4489.00 | 0.00 |
| 8A | W Clark | 05/15/2022 | 05/14/2023 | 2126.00 | 0.00 | 0.00 | 2095.00 | 0.00 |
| 8B | M Meliashvili | 05/01/2022 | 04/30/2023 | 1928.00 | 13012.00 | 0.00 | 2100.00 | 13040.00 |
| 8C | VACANT | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 8D | R Jason | 08/01/2022 | 07/31/2023 | 3492.00 | 0.00 | 0.00 | 3492.00 | 0.00 |
| 9A | C Sasso | 03/01/2023 | 02/29/2024 | 2100.00 | 0.00 | 200.00 | 200.00 | 0.00 |
| 9B | A Roytlender | 11/01/2020 | 10/31/2021 | 2075.00 | 2075.00 | 0.00 | 2275.00 | 2075.00 |
| 9C | F Fasano | 10/01/2022 | 09/30/2023 | 2791.00 | 0.00 | 0.00 | 2991.00 | 0.00 |
| 9D | S Kireyev | 11/01/2022 | 10/31/2023 | 3500.00 | 3370.90 | 0.00 | 0.00 | 6870.90 |
| 10A | S Pikoulos | 11/01/2021 | 10/31/2023 | 2152.00 | 0.00 | 0.00 | 2152.00 | 0.00 |
| 10B | L Singer | 09/01/2022 | 08/31/2023 | 2100.00 | 0.00 | 0.00 | 2300.00 | 0.00 |
| 10C | A Goldstein | 06/01/2022 | 05/31/2023 | 2495.00 | 0.00 | 0.00 | 2645.00 | 0.00 |
| 10D | P Zhang | 09/01/2022 | 08/31/2023 | 3597.00 | 0.00 | 1012.56 | 3797.00 | 1012.56 |
| 201 | VACANT | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 300 | H Infusion Group | 11/15/2014 | 11/30/2024 | 12772.84 | 453671.50 | 0.00 | 0.00 | 466594.34 |
| 401 | E Fordam Group | 01/13/2015 | 12/31/2024 | 8178.66 | 124970.65 | 0.00 | 5200.00 | 128149.31 |
| 402 | Golden Apple Spa | 08/01/2015 | 07/31/2025 | 5534.43 | 17253.29 | 0.00 | 0.00 | 22987.72 |
| 501 | VACANT | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 502 | VACANT | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C1 | C Sports Center Inc | 10/01/2016 | 09/30/2026 | 7761.34 | 7761.34 | 0.00 | 0.00 | 15522.68 |

Totals:
48 Units                                          127466.22    784582.88     -20711.32    120084.03    774126.75